UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: LEONARDY, MICHELLE L. | § | Case No. 09-15167 |
|---|---|---|
| | § | |
| STEFANICH, MICHELLE L | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/09/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/03/2010          By: /s/ Michael G. Berland
                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LEONARDY, MICHELLE L. | § | Case No. 09-15167 |
| | § | |
| STEFANICH, MICHELLE L | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,151.61 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,151.61 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,037.84 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,509.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC assignee of Citibank c/o Resurgent Bank | $ 22,791.10 | $ 1,525.84 |
| 2 | PYOD LLC assignee of citibank c/o Resurgent Bank | $ 10,993.55 | $ 736.01 |
| 3 | Chase Bank USA,N.A. | $ 293.47 | $ 19.65 |
| 4 | FIA Card Services by American Infosource agent | $ 9,605.88 | $ 643.10 |
| 5 | GE Money Bank dba JCPENNEY CREDIT SERVICES c/o Recovery Mana | $ 981.51 | $ 65.71 |
| 6 | First National Bank of Omaha | $ 1,844.14 | $ 123.46 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 776.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Citicorp Trust Bank | $ 776.01 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales              Page 1 of 1                  Date Rcvd: Jun 04, 2010
Case: 09-15167                 Form ID: pdf006              Total Noticed: 24

The following entities were noticed by first class mail on Jun 06, 2010.
db         +Michelle L. Leonardy,   23744 W. Essex Drive,    Channahon, IL 60410-3046
aty        +John C Renzi,   June Prodehl & Renzi LLC,    1861 Black Road,   Joliet, IL 60435-3591
tr         +Michael G Berland,   1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
13840865   +AT&T Universal Card,   Processing Center,    Des Moines, IA 50363-0001
13840866    Bank of America,   P.O. Box 17309,    Baltimore, MD 21297-1309
14610453   +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
13840867    Citi Cards,   P.O. Box 688901,   Des Moines, IA 50368-8901
15422872    Citicorp Trust Bank,   P.O. Box 140489,    Irving, TX 75014-0489
13840868    Citifinancial Retail Service,    P.O. Box 22060,   Tempe, AZ 85285-2060
13840869    Fairfield Timshares,   Wyndham Vacation Resorts,    P.O. Box 98940,   Las Vegas, NV 89193-8940
13840870    First Bank Card,   P.O. Box 2557,    Omaha, NE 68103-2557
13840871    First Midwest Bank,   Processing Center,    P.O. Box 9003,   Gurnee, IL 60031-9003
13840872   +First Midwest Bank,   24509 W. Lockport Street,    Plainfield, IL 60544-2318
14900268   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
13840874  ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,   FOUNTAIN VALLEY CA 92728-0809
            (address filed with court: Hyundai Motor Financial,    P.O. Box 9001101,
             Louisville, KY 40290-1101)
13840873   +Home Star Bank,   3 Diversatech,    Manteno, IL 60950-9201
14587716   +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
13840877    Retail Services (Best Buy),    P.O. Box 17298,   Baltimore, MD 21297-1298
13840879    Shoppers Charge,   P.O. Box 609,    Memphis, TN 38101-0609
13840880   +Will County Treasurer,   302 N. Chicago Street,    Joliet, IL 60432-4059
The following entities were noticed by electronic transmission on Jun 04, 2010.
14730263    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2010 00:05:26
             FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK 73124-8809
14877548   +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:26
             GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13840875    E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:25    JC Penney,   P.O. Box 960090,
             Orlando, FL 32896-0090
13840876    E-mail/PDF: cr-bankruptcy@kohls.com Jun 05 2010 00:10:22    Kohls,   P.O. Box 2983,
             Milwaukee, WI 53201-2983
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13840878    Robert Leonardy
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**                    **Signature:** _/s/ Joseph Speetjens_