**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LEONARDY, MICHELLE L. | § Case No. 09-15167 |
| | § |
| STEFANICH, MICHELLE L | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $199,416.00 | Assets Exempt: $24,416.00 |
| Total Distribution to Claimants: $3,114.05 | Claims Discharged Without Payment: $46,684.61 |
| Total Expenses of Administration: $1,037.84 | |

3) Total gross receipts of $ 4,151.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,151.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $177,602.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,037.84 | 1,037.84 | 1,037.84 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 47,911.00 | 47,285.66 | 47,285.66 | 3,114.05 |
| TOTAL DISBURSEMENTS | $225,513.00 | $48,323.50 | $48,323.50 | $4,151.89 |

4) This case was originally filed under Chapter 7 on April 28, 2009.
. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2010          By: /s/MICHAEL G. BERLAND
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance-unscheduled | 1229-000 | 4,150.00 |
| Interest Income | 1270-000 | 1.89 |
| **TOTAL GROSS RECEIPTS** | | **$4,151.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST MIDWEST BANK | 4110-000 | 50,320.12 | N/A | N/A | 0.00 |
| FAIRFIELD TIME SHARE | 4110-000 | 11,721.88 | N/A | N/A | 0.00 |
| HYUNDAI MOTOR | 4110-000 | 16,200.00 | N/A | N/A | 0.00 |
| HOME STAR BANK | 4110-000 | 96,500.00 | N/A | N/A | 0.00 |
| CITIFINANCIAL | 4110-000 | 410.00 | N/A | N/A | 0.00 |
| WILL COUNTY TREASURER | 4110-000 | 2,450.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$177,602.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,037.84 | 1,037.84 | 1,037.84 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,037.84 | 1,037.84 | 1,037.84 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC assignee of Citibank c/o Resurgent Bank | 7100-000 | 22,272.00 | 22,791.10 | 22,791.10 | 1,525.98 |
| PYOD LLC assignee of citibank c/o Resurgent Bank | 7100-000 | N/A | 10,993.55 | 10,993.55 | 736.07 |
| Chase Bank USA,N.A. | 7100-000 | N/A | 293.47 | 293.47 | 19.65 |
| FIA Card Services by American Infosource agent | 7100-000 | 20,301.00 | 9,605.88 | 9,605.88 | 643.16 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| GE Money Bank dba JCPENNEY CREDIT SERVICES c/o Recovery | 7100-000 | 981.00 | 981.51 | 981.51 | 65.72 |
| First National Bank of Omaha | 7100-000 | 1,844.00 | 1,844.14 | 1,844.14 | 123.47 |
| Citicorp Trust Bank | 7200-000 | N/A | 776.01 | 776.01 | 0.00 |
| First Midwest Bank | 7100-000 | 2,513.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 47,911.00 | 47,285.66 | 47,285.66 | 3,114.05 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-15167  
**Case Name:** LEONARDY, MICHELLE L.  
**Period Ending:** 09/15/10

**Trustee:** (520196)  MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 04/28/09 (f)  
**§341(a) Meeting Date:** 06/22/09  
**Claims Bar Date:** 12/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 27344 W. Essxex, Chanhannon-scheduled | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Time share-1/2with spouse-scheduled | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash-scheduled | 35.00 | 0.00 | DA | 0.00 | FA |
| 4 | Harris checking-1/2-scheduled | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | First Midwest-checking-scheduled | 5.00 | 0.00 | DA | 0.00 | FA |
| 6 | Founders Bank-checking-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Living roomset-scheduled | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household furniture-scheduled | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Cd & DVD-scheduled | 175.00 | 0.00 | DA | 0.00 | FA |
| 10 | Collectible figurines-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wearing apparel-scheduled | 175.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry & wedding rings-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Bowling ball-scheduled | 25.00 | 0.00 | DA | 0.00 | FA |
| 14 | Life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA-scheduled | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 16 | IMRF-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 17 | 401k-scheduled | 900.00 | 0.00 | DA | 0.00 | FA |
| 18 | Tax refund-scheduled | 851.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2007 Sonata-scheduled | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Animal-scheduled | 25.00 | 0.00 | DA | 0.00 | FA |
| 21 | Piano-scheduled | 600.00 | 0.00 | DA | 0.00 | FA |
| 22 | Riding mower-scheduled | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 23 | Inheritance-unscheduled (u)<br>inheritance was originally unscheduled | 0.00 | 4,150.00 | | 4,150.00 | 0.00 |
| 24 | Child support-scheduled | Unknown | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 1.89 | Unknown |
| 25 | **Assets    Totals (Excluding unknown values)** | **$199,416.00** | **$4,150.00** | | **$4,151.89** | **$0.00** |

Printed: 09/15/2010 12:19 PM    V.12.52

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-15167  
Case Name: LEONARDY, MICHELLE L.  
Period Ending: 09/15/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 04/28/09 (f)  
§341(a) Meeting Date: 06/22/09  
Claims Bar Date: 12/31/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

The Trustee discovered a small inheritance, which was liquidated

Initial Projected Date Of Final Report (TFR): December 31, 2013      Current Projected Date Of Final Report (TFR): December 31, 2013

Printed: 09/15/2010 12:19 PM    V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-15167 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | LEONARDY, MICHELLE L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*79-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*\*5955 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/15/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/27/09 | {23} | June Prodehl & Renzi | Payment of inheritance | 1229-000 | 4,150.00 | | 4,150.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,150.16 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,150.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,150.49 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,150.66 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,150.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,150.97 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,151.15 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,151.17 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*7965 | Wire out to BNYM account 9200\*\*\*\*\*\*7965 | 9999-000 | -4,151.17 | | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -4,151.17 | 0.00 | |
| Subtotal | 4,151.17 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,151.17 | $0.00 | |

{} Asset reference(s)                                                                                 Printed: 09/15/2010 12:19 PM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-15167 | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** LEONARDY, MICHELLE L. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****79-66 - Checking Account |
| **Taxpayer ID #:** **-****5955 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 09/15/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/15/2010 12:19 PM    V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 09-15167
Case Name: LEONARDY, MICHELLE L.

Taxpayer ID #: **-***5955
Period Ending: 09/15/10

Trustee: MICHAEL G. BERLAND (520196)
Bank Name: The Bank of New York Mellon
Account: 9200-******79-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 4,151.17 | | 4,151.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 4,151.36 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,151.61 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,151.85 |
| 07/06/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.04 | | 4,151.89 |
| 07/06/10 | | To Account #9200*******7966 | Transfer for purpspose of final distribution | 9999-000 | | 4,151.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,151.89 | 4,151.89 | $0.00 |
| | | | Less: Bank Transfers | | 4,151.17 | 4,151.89 | |
| | | | Subtotal | | 0.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.72 | $0.00 | |

{} Asset reference(s)

Printed: 09/15/2010 12:19 PM   V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number: 09-15167  
Case Name: LEONARDY, MICHELLE L.  
Taxpayer ID #: ***-***5955  
Period Ending: 09/15/10  

Trustee: MICHAEL G. BERLAND (520196)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******79-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/10 | | From Account #9200******7965 | Transfer for purpspose of final distribution | 9999-000 | 4,151.89 | | 4,151.89 |
| 07/14/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,037.84, Trustee Compensation; Reference: | 2100-000 | | 1,037.84 | 3,114.05 |
| 07/14/10 | 10102 | PYOD LLC assignee of Citibank c/o Resurgent Bank | Dividend paid 6.69% on $22,791.10; Claim# 1; Filed: $22,791.10; Reference: | 7100-000 | | 1,525.98 | 1,588.07 |
| 07/14/10 | 10103 | PYOD LLC assignee of citibank c/o Resurgent Bank | Dividend paid 6.69% on $10,993.55; Claim# 2; Filed: $10,993.55; Reference: | 7100-000 | | 736.07 | 852.00 |
| 07/14/10 | 10104 | Chase Bank USA,N.A. | Dividend paid 6.69% on $293.47; Claim# 3; Filed: $293.47; Reference: | 7100-000 | | 19.65 | 832.35 |
| 07/14/10 | 10105 | FIA Card Services by American Infosource agent | Dividend paid 6.69% on $9,605.88; Claim# 4; Filed: $9,605.88; Reference: | 7100-000 | | 643.16 | 189.19 |
| 07/14/10 | 10106 | GE Money Bank dba JCPENNEY CREDIT SERVICES c/o Recovery Mana | Dividend paid 6.69% on $981.51; Claim# 5; Filed: $981.51; Reference: | 7100-000 | | 65.72 | 123.47 |
| 07/14/10 | 10107 | First National Bank of Omaha | Dividend paid 6.69% on $1,844.14; Claim# 6; Filed: $1,844.14; Reference: | 7100-000 | | 123.47 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,151.89 | 4,151.89 | $0.00 |
| Less: Bank Transfers | 4,151.89 | 0.00 | |
| Subtotal | 0.00 | 4,151.89 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,151.89 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 4,151.17 | 0.00 | 0.00 |
| Checking # ***-*****79-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******79-65 | 0.72 | 0.00 | 0.00 |
| Checking # 9200-******79-66 | 0.00 | 4,151.89 | 0.00 |
| | $4,151.89 | $4,151.89 | $0.00 |

{} Asset reference(s)   Printed: 09/15/2010 12:19 PM   V.12.52